# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Delmetrice Tavion Taylor**<br>DOB: 2000; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**23-04487MJ** |
| Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i), and 1324(a)(1)(B)(iii). ||

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about June 6, 2023, in the District of Arizona, **Delmetrice Tavion Taylor,** knowing or in reckless disregard that certain aliens, including Alejandro Neftali Garcia and Berta Tomas-Ramirez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain, and placed in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i) and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about June 6, 2023, in the District of Arizona (Three Points), a United States Border Patrol Agent (BPA) driving west on State Route (SR) 86 noticed a 2007 BMW 750 parked on the southside of the road at mile marker 131. The vehicle was backed up to a fence line, and the driver was standing behind the vehicle with his hands on top of the open trunk looking in. The BPA turned around to investigate and when he arrived the vehicle was gone. A short while later a camera activation showed the vehicle in the area of Queens Well, Arizona. A BPA responded to the area and parked by the road. The BMW drove up to the BPA and the driver, later identified as **Delmetrice Tavion Taylor**, stopped with his window down. **Taylor** told the BPA that he was in the area to find a place to shoot. The BPA replied to let him get down (from his vehicle) so that they could talk some more, and **Taylor** took off at a high rate of speed. While absconding, **Taylor's** vehicle struck the BPA's service vehicle and left a dent in the rear quarter panel. Another BPA arrived in the area and observed the vehicle driving southbound at a high rate of speed with two to three people dressed in camouflage running west into the desert. The BPA attempted to conduct a stop and **Taylor** accelerated toward the BPA and narrowly missed hitting the BPA's service vehicle.

BPAs conducted a tracking operation of the people who fled and were able to apprehend three people. The three people including Alejandro Neftali Garcia and Berta Tomas-Ramirez were determined to be Guatemalan citizens illegally present in the United States.

Another BPA followed **Taylor** as he drove east on SR-86. **Taylor** continued driving until reaching the Border Patrol checkpoint located on SR-86. **Taylor** entered the checkpoint and failed to slow down. He fled the checkpoint, and a BPA successfully deployed a Vehicle Immobilization Device, puncturing the passenger side tire. **Taylor** continued east on SR-86 at a high rate of speed before turning north on Sandario Road.
**Continued on the next page:**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Alejandro Neftali Garcia and Berta Tomas-Ramirez

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br>*/s/*<br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn by telephone  x ||
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>June 7, 2023 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: Siegele

23-04487MJ

**Continued from front page.**

Pima County Sheriff's Office deputies observed the vehicle pass their location. The vehicle pulled into a gas station, and deputies approached. **Taylor** immediately put his hands out the window and complied with deputies. A short-barreled rifle loaded with a 100 round magazine drum was found in the trunk of the vehicle. **Taylor** made an excited utterance when BPAs found the rifle stating the gun was not his.

Material witness Alejandro Neftali Garcia stated that he is a citizen of Guatemala and had arranged to be smuggled into the United States for 150,000 Guatemalan Quetzals. He crossed the International Boundary Fence with two females and two guides. They walked for approximately 30 minutes and a gray pickup truck arrived to pick them up. They boarded into the rear seat and were in the vehicle for several hours. The truck ran out of gas and became stranded. The driver told the group to exit and hide in the brush. They waited several hours until a black four-door sedan later arrived, and the driver made hand signals and gestures instructing them to get into the rear seat of the car. They were in the car for several hours with the driver lost and unable to find his way out of the desert roads. As they reached pavement, they were approached by Border Patrol. Garcia heard the driver speaking with the BPA and then accelerated away. While driving, the driver leaned back and propped open the rear door with his right hand. Garcia understood the driver was instructing them to exit the car while still in motion. They all jumped out and ran into the desert where they were later apprehended by BPAs. When shown a photo lineup, Garcia was able to positively identify **Taylor** as the driver.

Material witness Berta Tomas-Ramirez stated that she is a citizen of Guatemala and her uncle had arranged for her to be smuggled into the United States. Tomas crossed the IBF as part of a group of three and walked following a map on their phone. They were told to walk near an unknown highway and wait for a black four-door sedan. A black car later arrived, and they opened the rear door and got in. They were told to lower their heads once inside. After driving for about 30 minutes the car ran out of gas, and they were told to get out, run, and hide. Tomas said the police arrested the driver and all three of them were arrested by Border Patrol. When shown a photo lineup, Tomas was able to positively identify **Taylor** as the driver.

In a post-*Miranda* statement, **Taylor** stated that he was home in Mesa, Arizona when his friend called him and said that her car had broken down on SR-86 west of Three Points, Arizona. **Taylor** left Mesa and went to her location. When he arrived his friend already had her vehicle on top of a tow truck. Shortly after, three people jumped out of her car and into his. **Taylor** said he attempted to get the people dressed in camouflage out of his car, but they did not speak English. **Taylor** said his friend told him to take the people to Phoenix, Arizona and she will pay him some money. **Taylor** drove them to a remote desert location and asked them to get out. When Border Patrol arrived, the people were still in his vehicle and ran away from his vehicle. The BPA instructed **Taylor** to keep his hands visible. **Taylor** said he panicked and decided to flee speeding off at a high rate of speed approximately 60 miles per hour. BPAs asked **Taylor** if his story was the whole truth and he admitted that the story was not totally correct. **Taylor** admitted that he had spoken with a person through the Telegram App. The person offered to pay him money for picking up four people. **Taylor** was instructed to drive west from Three Points and when he arrived at the location given to him three people jumped out from the desert and entered his car. **Taylor** drove them further north and dropped them off on a remote desert road. This was where he encountered Border Patrol. **Taylor** fled for fear of being arrested again because he had a prior arrest for human smuggling and a weapons charge. **Taylor** said he continued to flee from the SR-86 checkpoint because he was still scared and panicking. He continued to flee after his front tire was spiked. He eventually could not go any further due to the blown tire and stopped at a gas station where he was taken into custody.